# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DORA B. WAGES**                                                                       **PLAINTIFF**

**VS.**                                         **5:16-CV-00018 BRW/BD**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed and the time for doing so has passed.  After careful consideration, I approve and adopt the Recommended Disposition as my findings in all respects.  Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Dora B. Wages's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE