# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DORA B. WAGES**                                                        **PLAINTIFF**

**VS.**                           **5:16-CV-00018 BRW/BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Based on the Order entered on today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 18th day of November, 2016.

                                                  /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE